■ NORVAL RICHARDS, Appellant, v LONG ISLAND RAILROAD CO., Respondent.—Order of the Supreme Court, Queens County, dated October 9, 1979, affirmed, with $50 costs and disbursements (see *Orsini v Long Is. R. R. Corp.,* 60 AD2d 845, app dsmd 46 NY2d 1075). Damiani, J. P., Titone, Lazer and Cohalan, JJ., concur.